UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>  Defendant. | Civil Action No. 25-0376 (JDB) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's April 4, 2025, Minute Order. The Parties report as follows.

1. This case relates to Plaintiff's July 3, 2024, Freedom of Information Act ("FOIA") request seeking records relating to proposed changes in certain aviation terminology. Plaintiff filed his Complaint on February 7, 2025 (ECF No. 1). Defendant answered the Complaint on March 14, 2025. ECF No. 4.

2. As previously reported, Defendant tasked Plaintiff's request to several component offices in order to search for potentially responsive records. Defendant now reports that all components have completed their searches and provided final responses to Plaintiff; Defendant reports that it has thus completed its response to Plaintiff's FOIA request.

3. Plaintiff has now reviewed the responses and has provided Defendant with a settlement demand to resolve this matter. The parties have now reached an agreement to settle in principle, and they are finalizing the terms of that agreement.

4.      Pursuant to this Court's order, the Parties will file their next joint status report on or before March 27, 2026, if necessary, though they anticipate dismissing this matter before that date.


Dated: January 23, 2026                                    Respectfully submitted,


 /s/ Jeremiah L. Morgan                                   JEANINE FERRIS PIRRO
JEREMIAH L. MORGAN                                        United States Attorney
D.C. Bar No. #1012943
WILLIAM J. OLSON                                           /s/ Kartik N. Venguswamy
William J. Olson, P.C.                                    KARTIK N. VENGUSWAMY
370 Maple Ave. West, Suite 4                              D.C. Bar No. 983326
Vienna, VA 22180                                          Assistant United States Attorney
Tel: (703) 356-5070                                       601 D Street, NW
jmorgan@lawandfreedom.com                                 Washington, D.C. 20530
                                                          Tel: (202) 252-1790
*Counsel for Plaintiff*                                   kartik.venguswamy@usdoj.gov

                                                          *Counsel for United States of America*