UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

        Plaintiff,

    v.                                                    Civil Action No. 25-0376 (JDB)

FEDERAL AVIATION ADMINISTRATION,

        Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 27, 2026
        Washington, DC                                    Respectfully submitted,


JEANINE FERRIS PIRRO                         /s/ Jeremiah L. Morgan (by permission)
United States Attorney                       JEREMIAH L. MORGAN
                                             D.C. Bar No. #1012943
By: /s/ Catherine J. Malycke                 WILLIAM J. OLSON
CATHERINE J. MALYCKE                         William J. Olson, P.C.
VA Bar No. 84952                             370 Maple Ave. West, Suite 4
Assistant United States Attorney             Vienna, VA 22180
601 D Street, NW                             Tel: (703) 356-5070
Washington, D.C. 20530                       jmorgan@lawandfreedom.com
(202) 809-3945
catherine.malycke@usdoj.gov                  *Counsel for Plaintiff*

*Counsel for the United States of America*